UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
ELLEN BUNCE                )
                           )     Case Number: 09-1189
        Plaintiff          )
                           )
    vs.                    )     CIVIL COMPLAINT
                           )
MANN BRACKEN, LLP          )
                           )     JURY TRIAL DEMANDED
                           )
        Defendant          )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, ELLEN BUNCE, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: _/s/ Brent F. Vullings_
    Brent F. Vullings, Esquire
    Attorney for Plaintiff
    Attorney I.D. #89677
    Warren & Vullings, LLP
    1603 Rhawn Street
    Philadelphia, PA  19111
    215-745-9800